IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAMONT D. WALKER,

                Plaintiff,

v.                                                                  ORDER

DAVID GARDNER, CHRISTA MORRISON,            16-cv-297-jdp
and JOHN BERT,

                Defendants.

---

      In an order entered on November 4, 2016, I denied plaintiff Lamont Walker leave to proceed on several of the claims in his complaint, and concluded that his vague allegations against defendant David Gardner for denying him a job at the Wisconsin Secure Program Facility violated Federal Rule of Civil Procedure 8. Dkt. 8. I gave Walker until November 25, 2016, to submit a proposed amended complaint addressing the deficiencies I discussed in the November 4 order. In addition, I warned Walker that his failure to respond would result in dismissal of this case with prejudice for his failure to state a claim upon which relief can be granted and that he would be issued a "strike" in accordance with 28 U.S.C. § 1915(g). *Id*. at 5; *see also Paul v. Marberry*, 658 F.3d 702, 704-06 (7th Cir. 2011) (court should give strike for failure to correct pleading that violates Rule 8).

      It is now past Walker's deadline, and he has not filed an amended complaint or otherwise responded to the court's order. Accordingly, I will dismiss the case and assess Walker a strike.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED with prejudice for plaintiff Lamont Walker's failure to state a claim upon which relief can be granted. The clerk of court is directed to enter judgment and close this case.

2. The clerk of court is directed to record a "strike" for plaintiff under 28 U.S.C. § 1915(g).

Entered December 21, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge