IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAMONT D. WALKER,

        Plaintiff,

v.

DAVID GARDNER, CHRISTA MORRISON and JOHN BERT,

        Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-297-jdp

       This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff Lamont D. Walker's failure to state a claim upon which relief can be granted.

/s/                                      12/21/2016

Peter Oppeneer, Clerk of Court             Date